UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARIA FERNANDA PINA,

                      JUDGMENT

                    Plaintiff,                   21-cv-269 (AMD)(RLM)
   v.

AKAM ASSOCIATES, INC.,

                    Defendant.
----------------------------------------------------------------X

     A notice of acceptance of a Rule 68 Offer of Judgment having been filed on August 26, 2021; and Defendant, AKAM ASSOCIATES, INC. having offered to allow judgment in this action to be taken against them, and in favor of Plaintiff Maria Fernanda Pina, for the total sum of Forty Thousand Dollars and No Cents ($40,000.00); it is

     ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff Maria Fernanda Pina and against Defendant AKAM ASSOCIATES, INC. for the total sum of Forty Thousand Dollars and No Cents ($40,000.00); and that the set out in this Offer is inclusive of any liquidated damages and/or all interest accrued through the date of this Offer, as well as inclusive of costs and reasonable attorneys' fees accrued through the date of service of this Offer, to the extent that such reasonable attorneys' fees and costs may be recovered under applicable law.

Dated: Brooklyn, New York                     Douglas C. Palmer
       September 1, 2021                     Clerk of Court

                                                By:    /s/Jalitza Poveda
                                                     Deputy Clerk